## 55330. J. M. E. v. STATE OF GEORGIA.

SMITH, Judge.

Relying primarily on inculpatory testimony from the appellant's accomplice, the juvenile court adjudged the appellant delinquent on a burglary charge. The appeal contends the testimony was not corroborated, but evidence showing the appellant was in possession of stolen goods shortly after the burglary was sufficient. *Lord v. State,* 134 Ga. App. 683 (215 SE2d 493) (1975).

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED FEBRUARY 2, 1978 — DECIDED MARCH 16, 1978.

*Ralph R. Lorberbaum,* for appellant.
*Andrew J. Ryan, III, District Attorney, Martin S. Jackel, Assistant District Attorney,* for appellee.